UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**

In Re:

PABLO E. LLAGUNO                                    25-11131-LMI
   Debtor.                                                    Chapter 13
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that LAW OFFICE OF GARY GASSEL , P.A., by and through GARY I. GASSEL, ESQUIRE, hereby appears as counsel of record herein for, **WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2022-RPL2 TRUST** by (Nationstar Mortgage LLC/Rushmore Servicing the Loan Servicer)  creditor in the above styled case, pursuant to Bankruptcy Rule 9010(b); and hereby requests that all notices given or required to be given in this case and that all pleadings and papers served or required to be served in this case be given to and served upon the undersigned at the address set forth below:

Gary I. Gassel, Esquire
Law Office of GARY GASSEL, P.A.
2191 Ringling Blvd
Sarasota, Florida 34237
(941) 952-9322 /  (941) 365-0907 Fax
Email:Pleadings@Gassellaw.com

### CERTIFICATION OF ATTORNEY

I hereby certify that I am admitted to the Bar of the United State District Court for the  Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).

LAW OFFICE OF GARY GASSEL, P.A.
2191 Ringling Blivd
Sarasota, Florida 34237
(941) 952-9322
(941) 365-0907 Fax
Attorney for Creditor
Email:Gary@Gassellaw.com

By:/s/ Gary Gassel_____
**Gary I.Gassel, Esquire**
Florida Bar No. 500690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished by mail or electronic means as follows:

| | |
|---|---|
| Pablo E Llaguno<br>7830 CAMINO REAL APT K406<br>Miami, FL 33143-6832 | Jose A. Blanco, Esquire<br>102 E 49th ST<br>Hialeah, FL 33013<br>Email: eservice@blancopa.com |
| US Trustee Office<br>51 S.W. 1st Avenue<br>Suite 1204<br>Miami, Florida 33130 | Chapter 13 Trustee<br>Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027 |

This 6th day of February, 2025

/s/ Gary Gassel
GARY I. GASSEL